**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Sanchez, Cesar A. | § | Case No. 13-49414 JBS |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE U.S. BANKRUPTCY COURT
   KENNETH S. GARDNER
   219 S. Dearborn St.
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/28/2014 in Courtroom 682,
   UNITED STATES BANKRUPTCY COURT
   219 S. Dearborn St.
   Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | |
|---|---|
| Date Mailed: 09/08/2014 | By: UNITED STATES BANKRUPTCY COURT |
| | Clerk |

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                           §
                                 §
Sanchez, Cesar A.                §     Case No. 13-49414 JBS
                                 §
         Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,500.00 |
| and approved disbursements of | $ | 2,298.50 |
| leaving a balance on hand of[1] | $ | 3,201.50 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 1,300.00 | $ 0.00 | $ 1,300.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,300.00 |
| Remaining Balance | | | $ 1,901.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,616.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 6,413.35 | $ 0.00 | $ 1,415.24 |
| 000002 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | $ 693.95 | $ 0.00 | $ 153.13 |
| 000003 | Bayshore Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602 | $ 480.59 | $ 0.00 | $ 106.05 |
| 000004 | Ashley Funding Services, LLC<br> its successors and assigns as assignee<br> of Reimbursement Technologies, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 1,029.00 | $ 0.00 | $ 227.08 |

Total to be paid to timely general unsecured creditors   $ 1,901.50

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Cesar A. Sanchez  
    Debtor

Case No. 13-49414-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: dpruitt    Page 1 of 1    Date Rcvd: Sep 09, 2014  
                   Form ID: pdf006    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2014.

```
db            +Cesar A. Sanchez,    4814 N. Kilpatrick, 1st FL,    Chicago, IL 60630-1725
22045415      +Bayshore Medical Center,    Resurgent Capital Services,    PO Box 1927,
                Greenville, SC 29602-1927
21377199     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                Po Box 20507,    Kansas City, MO 64195)
21377198      +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
21377201       Eagle Atlant,    4701 West 2100 Sou,    Salt Lake City, UT 84120
21377202       Eagle Atlantic Financial Services,    PO Box 27601,    Salt Lake City, UT 84127-0601
21377203      +FedEx,    PO Box 94515,    Palatine, IL 60094-4515
21377205      +Resurgence Legal Group,    1161 Lake Cook Rd.,    Suite E,    Deerfield, IL 60015-5277
21377206      +UroPartners LLC,    3183 Payshere Circle,    Chicago, IL 60674-0031
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21734396       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2014 01:57:18
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK   73126-8941
22055421       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2014 01:50:17
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Reimbursement,
                Technologies, Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
21706759       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 10 2014 01:50:22    Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21377200      +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 10 2014 01:50:22    Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21377204     ##+Pentagroup Financial, LLC,    PO Box 742209,    Houston, TX 77274-2209
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2014                             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2014 at the address(es) listed below:

```
              Ernesto D Borges    on behalf of Debtor Cesar A. Sanchez notice@billbusters.com,
               billbusters@bestclientinc.com;BorgesLawOffices@gmail.com;BillBusters@ecf.inforuptcy.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                              TOTAL: 3
```