# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                              §
                                    §
Sanchez, Cesar A.                   §        Case No. 13-49414 JBS
                                    §
            Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/RONALD R. PETERSON
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| SCHMITT'S TRUCK REPAIR | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank Usa Citicorp Credit Services/Attn:Centralize Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Eagle Atlant 4701 West 2100 Sou Salt Lake City, UT 84120 | | | | | |
| | Eagle Atlantic Financial Services PO Box 27601 Salt Lake City, UT 84127-0601 | | | | | |
| | FedEx PO Box 94515 Palatine, IL 60094 | | | | | |
| | Pentagroup Financial, LLC PO Box 742209 Houston, TX 77274 | | | | | |
| | Resurgence Legal Group 1161 Lake Cook Rd. Suite E Deerfield, IL 60015 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UroPartners LLC 3183 Payshere Circle Chicago, IL 60674 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | ASHLEY FUNDING SERVICES, LLC ITS SU | | | | | |
| 000003 | BAYSHORE MEDICAL CENTER | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-49414 | Judge: HON. JOHN B. SCHMETTERER | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | Sanchez, Cesar A. | | | Date Filed (f) or Converted (c): | 12/31/13 (f) |
| | | | | 341(a) Meeting Date: | 02/19/14 |
| For Period Ending: 12/18/14 | | | | Claims Bar Date: | 06/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate Located 4814 N. Kilpatrick, 1st FL, Ch | 89,950.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account - Bank of America | 800.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Used Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 4. Personal Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. State Farm Term Life Insurance - No Cash Surrender | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2004 Honda Civic - 75,000 Miles Value Per NADA | 2,712.50 | 1,012.50 | | 0.00 | FA |
| 7. 2003 Volvo Semitruck and Trailer Value per One Sto | 3,100.00 | 0.00 | | 5,500.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $97,662.50 | $1,012.50 | | $5,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

August 12, 2014, 10:42 am Sent to Larwentha for preparation of final report

April 18, 2014, 11:28 a.m.: The Debtor's tractor has been recovered and driven back from Houston, TX. (According to the Debtor, the tractor was inoperable.) We are waiting for a valuation study to determine the value.

March 31, 2014, 02:58 pm Debtor lied about truck's value and condition. Arnie Schmitt siezed the truck today and will

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 13-49414 | Judge: HON. JOHN B. SCHMETTERER | Trustee Name: | RONALD R. PETERSON |
| Case Name: | Sanchez, Cesar A. | | Date Filed (f) or Converted (c): | 12/31/13 (f) |
| | | | 341(a) Meeting Date: | 02/19/14 |
| | | | Claims Bar Date: | 06/23/14 |

return it to Chicago this weekend.

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 12/31/14

_____   Date: _____

RONALD R. PETERSON

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-49414  -JBS | |
| Case Name: | Sanchez, Cesar A. | |

| | | |
|---|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8711  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******9974 |
| For Period Ending: | 12/18/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/30/14 | 7 | Caesar Sanchez | Sale of Truck | 1129-000 | 5,500.00 | | 5,500.00 |
| 07/03/14 | 030001 | Schmitt's Truck Repair | Costs of Siezure of Truck | 2990-000 | | 2,278.50 | 3,221.50 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,211.50 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,201.50 |
| 10/29/14 | 030002 | Ronald R Peterson<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Il 60654-3456 | Trustee's compensation | 2100-000 | | 1,300.00 | 1,901.50 |
| 10/29/14 | 030003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution | 7100-000 | | 1,415.24 | 486.26 |
| 10/29/14 | 030004 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Final distribution | 7100-000 | | 153.13 | 333.13 |
| 10/29/14 | 030005 | Bayshore Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602 | Final distribution | 7100-000 | | 106.05 | 227.08 |
| 10/29/14 | 030006 | Ashley Funding Services, LLC<br> its successors and assigns as assignee<br> of Reimbursement Technologies, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Final distribution | 7100-000 | | 227.08 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 5,500.00 | 5,500.00 |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-49414 -JBS |
| Case Name: | Sanchez, Cesar A. |
| Taxpayer ID No: | *******9974 |
| For Period Ending: | 12/18/14 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8711 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,500.00 | 5,500.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,500.00 | 5,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,500.00 | 5,500.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******8711 | 5,500.00 | 5,500.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,500.00 | 5,500.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00